# United States Bankruptcy Court
## Middle District of Alabama

In re: **Frankie L Ford**

Debtor(s)

Case No. **17-30483**
Chapter **13**

## MOTION TO REVOKE THE ENTRY OF THE DISCHARGE

The debtor, Frankie L Ford ("Debtor"), through his attorney, Richard D. Shinbaum ASB-8638-B54R, presents this Motion to Revoke the Entry of the Discharge and states as follows:

The discharge was granted **July 25, 2017**. Debtor requests that the Court set aside the entry of discharge and allow the Debtor to pursue a case in Chapter 13 and as reason for said motion the Debtor would state that she is now financially able to propose a chapter 13 plan, as she no longer has to pay child day care and she has obtained a parttime job, such that she can make a chapter 13 plan payment.

The Debtor has no objection to the Chapter 7 Trustee maintaining the civil case that she is pursuing and that the Debtor will agree to pledge all non exempt proceeds of any litigation to the benefit of the unsecured creditors, or such other terms as the Court may insist to allow the conversion. The Debtor is seeking to protect her vehicle.

Pursuant to Federal Rule of Bankruptcy Procedure 4004(c)(2), on motion of the debtor, the court may defer the entry of an order granting a discharge for 30 days.

WHEREFORE, Debtor respectfully requests that this Court enter an order revoking the order of discharge, allow the Debtor to convert and enter all other appropriate orders.

Respectfully submitted,
Frankie L Ford

By: /s/ Richard D. Shinbaum
Richard D. Shinbaum ASB-8638-B54R
Attorney for Debtor(s)