# United States Bankruptcy Court
## Middle District of Alabama

In re **Frankie L Ford**  
Debtor(s)

Case No. **17-30483**  
Chapter **13**

PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE FILED WITH THE CLERK AND SERVED UPON THE MOVING PARTY. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OR BY U.S. MAIL ADDRESSED TO THE CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY ALABAMA 36104.

## MOTION TO CONVERT FROM CHAPTER 7 TO CHAPTER 13

Pursuant to 11 U.S.C. § 706, the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On **February 17, 2017**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

3. The Debtor states that there has been a change in her financial condition and that she is receiving child support, has a parttime job and has had a decrease in expenses since the minor child no longer must attend day care.

4. The Debtor states that she has no objection to the Chapter 7 Trustee maintaining the cause of action, being pursued and that she pledges the non-exempt assets of any recovery to the benefit of the unsecured creditors, as if the Chapter 7 Trustee had pursued and won the cause of action.

WHEREFORE, Debtor(s) moves this Honorable Court for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

Date **September 25, 2017**  
Signature **/s/ Frankie L Ford**  
**Frankie L Ford**  
Debtor

Attorney **/s/ Richard D. Shinbaum**  
**Richard D. Shinbaum ASB-8638-B54R**

**Shinbaum Law Firm**
**566 South Perry Street**
**P O Box 201**
**Montgomery, AL 36101**
**334-269-4440- Selma 334-872-4545**
**Fax: 334-263-4096-Selma 334-874-1084**
**rshinbaum@smclegal.com**

# CERTIFICATE OF SERVICE

I hereby certify I have served a copy of the foregoing motion upon all parties listed below by CM/ECF or by first-class mail on September 25, 2017.

Chapter 7 Trustee

Bankruptcy Administrator

All creditors

        /s/ Richard D. Shinbaum
        Richard D. Shinbaum ASB-8638-B54R
        Attorney for Debtor